Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George E. de Steiguer* for the plaintiff in error in support of the petition. *The Attorney General* and *Mr. Assistant Attorney General Adkins* in opposition thereto.

No. 1104. UNION STEAMBOAT COMPANY, PETITIONER, *v.* THE ADMINISTRATORS OF THE ESTATE OF WALTER CHAFIN, DECEASED, ET AL. May 26, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Aldis B. Browne, Mr. Frank H. Scott, Mr. Edgar A. Bancroft, Mr. John E. MacLeish* and *Mr. W. O. Johnson* for the petitioner. *Mr. Samuel B. King* for the respondents.

No. 1108. DETROIT FIRE & MARINE INSURANCE COMPANY ET AL., PETITIONERS, *v.* FEDERAL INSURANCE COMPANY ET AL. May 26, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank S. Masten, Mr. F. H. Canfield, Mr. Harvey D. Goulder* and *Mr. G. L. Canfield* for the petitioners. *Mr. Hermon A. Kelley* for the respondent.

No. 990. THE UNITED STATES TELEPHONE COMPANY, PETITIONER, *v.* CENTRAL UNION TELEPHONE COMPANY ET AL. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. D. J. Cable* and *Mr. H. M. Daugherty* for the petitioner. *Mr. John H. Doyle* and *Mr. Murray Seasongood* for the respondents.